ACCEPTED
15-24-00082-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 4:47 PM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

CORY A. SCANLON
Assistant Solicitor General

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
4/7/2025 4:47:09 PM
Cory.Scanlon@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

April 7, 2025

**Via Electronic Filing**

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals

    **Re:**   *Paris v. State of Texas, et al.*, No. 15-24-00082-CV

Dear Mr. Prine:

    Mr. Scanlon, lead counsel for Appellee the State of Texas, will be out of the country from June 18-23, 2025. He therefore respectfully requests that oral argument in this case not be set during that time.

                                    Respectfully submitted.

                                    /s/ Cory A. Scanlon

                                    Cory A. Scanlon
                                    Assistant Solicitor General
                                    *Counsel for the State of Texas*

cc: All counsel of record (via electronic service)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 99377226
Filing Code Description: Letter
Filing Description: 20250407 Paris Vacation ltr_C Scanlon
Status as of 4/7/2025 4:54 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 4/7/2025 4:47:09 PM | SENT |

Associated Case Party: CourtenayParis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard SGladden | | richscot1@hotmail.com | 4/7/2025 4:47:09 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 4/7/2025 4:47:09 PM | SENT |

Associated Case Party: The City of Elgin, and its Officials

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gabrielle Smith | | gsmith@lglawfirm.com | 4/7/2025 4:47:09 PM | SENT |
| Jose E.de la Fuente | | jdelafuente@lglawfirm.com | 4/7/2025 4:47:09 PM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 4/7/2025 4:47:09 PM | SENT |